# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **TAYR KILAAB al GHASHIYAH (KHAN),** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | 08-cv-413-slc |
| **PETER HUIBREGTSE, Warden,** Wisconsin Secure Program Facility, | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that the petition of Tayr Kilaab al Ghashiyah (Khan) for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for his failure to exhaust his state court remedies.

JOEL W. TURNER
_____
Joel W. Turner, Acting Clerk

Connie A. Korth                                    8/20/08
_____      _____
by Deputy Clerk                                    Date