# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

**TAYR KILAAB al GHASHIYAH (KHAN),**            **JUDGMENT IN A CIVIL CASE**

                           **Petitioner,**                                                  **08-cv-413-slc**

      **v.**

**PETER HUIBREGTSE, Warden,**
**Wisconsin Secure Program Facility,**

                           **Respondent.**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding.**
**The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Tayr Kilaab al Ghashiyah (Khan) for a writ of habeas corpus is DISMISSED

WITHOUT PREJUDICE for his failure to exhaust his state court remedies.

**JOEL W. TURNER**

_____
**Joel W. Turner, Acting Clerk**

**Connie A. Korth**                                                    **8/20/08**
                                                                    _____
**by Deputy Clerk**                                                    **Date**